UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DARLENE WHALEY                                                                PLAINTIFF(S)

VS                                                              CIVIL ACTION NO. 3:11-CV481-H

CHURCHILL DOWNS, INC.                                                    DEFENDANT(S)

### ORDER

    Counsel having notified the Court of a settlement in this case;

    **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: October 5, 2012

Copies:
All counsel